# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-3103
LT Case No. 16-2024-CF-1162-A

_____

JOSEPH LAMOTHE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Meredith Charbula, Judge.

Matthew J. Metz, Public Defender, and Darnelle Paige Lawshe,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, and Miranda L. Butson,
Assistant Attorney General, Tallahassee, for Appellee.

December 23, 2025

PER CURIAM.

    AFFIRMED.

LAMBERT, EDWARDS, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____